NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SAMIR M. WAHID,

          Plaintiff-Appellant,

  v.

ERICA LAKE, Community Resource
Manager, California State Prison-Los
Angeles County, in her individual and
official capacity; et al.,

          Defendants-Appellees.

No.   19-56491

D.C. No. 2:19-cv-09041-JGB-SP

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Jesus G. Bernal, District Judge, Presiding

Submitted May 6, 2020[**]

Before:    BERZON, N.R. SMITH, and MILLER, Circuit Judges.

California state prisoner Samir M. Wahid appeals pro se from the district

court's order denying his motion for a preliminary injunction in his action brought

under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Act. We have jurisdiction under 28 U.S.C. § 1292(a)(1). We review for an abuse of discretion. *Jackson v. City & County of San Francisco*, 746 F.3d 953, 958 (9th Cir. 2014). We affirm.

The district court did not abuse its discretion by denying Wahid's motion for a preliminary injunction because Wahid failed to demonstrate that such relief is warranted. *See id.* (plaintiff seeking preliminary injunction must establish that he is likely to succeed on the merits, likely to suffer irreparable harm in the absence of preliminary relief, the balance of equities tips in his favor, and an injunction is in the public interest).

Wahid's pending motions are denied.

**AFFIRMED.**